☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant United States Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: genevieve.ozark@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Roger Dale Godwin,<br><br>Defendant. | No.   CR-26-00556-PHX-MTL (MTM)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 875(c)<br>(Interstate Threats)<br>Counts 1-2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 8, 2025, in the District of Arizona and elsewhere, Defendant, ROGER DALE GODWIN, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure, kill, and assault another person, including, T.H., Esq., M.H., Esq., Assistant U.S. Attorney S.I., and other persons listed in his letter postmarked May 8, 2025, with the intent to communicate a true threat of violence and with reckless disregard for whether the communication would be viewed as a true threat of violence.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about May 8, 2025, in the District of Arizona and elsewhere, Defendant, ROGER DALE GODWIN, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure, kill, and

assault another person, including employees of the Federal Bureau of Prisons in Victorville, California, Hazelton, West Virginia, and elsewhere, in his letter postmarked May 8, 2025, with the intent to communicate a true threat of violence and with reckless disregard for whether the communication would be viewed as a true threat of violence.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: May 26, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/
GENEVIEVE A. OZARK
Assistant U.S. Attorney