☒ FILED ☐ LODGED
Jun 23 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
For Tucson Division

U.S.A., Plaintiff,

vs

Roger D Godwin, Defendant Case No 26-00556PhxMTL

# Motion To Dismiss Charges of Interstate Threats 18 U.S.C § 875 (c)

Now comes the Defendant, pro-se at law without hybrid representation, pursuant to the 1st, 4th, 5th, 6th, 14th U.S.C.A., moves to the Honorable Court to Dismiss Ct 1, 2 of Indictment on the following grounds:

On 6-13-26 at Identity Hearing John Doe FBI Agent admitted at the time he allegedly read Defendant his Miranda Rights (Res 5-5-26) he did not ask the Defendant if he was under the influence of Drugs, Alcohol at time of Interrogation, he also didn't ask Defendants Psychologist, Psychiatrist or treatment Specialist if Defendant took his psychotropic medications Daily or if the Def was stable, competent to be questioned at all in violation of his Miranda Rights, he did not ask if he knowingly, intelligently understand of his Rights yet Defendant was in a Secure 17th Step Down Program for his mental Mental Health problems. See Miranda vs Arizona 384 U.S 436. See also, Bram vs U.S, 168 U.S 532, 542 (1897) the Court held: In criminal trials, in the Courts of the U.S., wherever a question arises whether a confession is incompetent because not voluntarily, the issue is controlled by that portion of the 5th Amendment... Commanding No person shall be compelled in any criminal case to be a witness against himself. In Lego vs Twomey, supra, the voluntariness of a confession need to be established only by a preponderance of Evidence, then the waiver of the Williams protections established in

Miranda shall require no higher of burden proof. Defendant here to John Doe FBI Agent at time of alleged crime he was on suboxine, heroin, was withdrawling from it, was hearing voices. In Colorado vs. Connelly, 479 U.S 157, at the time of his confession, Connelly's mental problems included grandiose, delusional thinking. Id at 16. See, Townsend vs Sain, 372 U.S 293 (1963) conviction was overturned becuz the Def's conviction was determined involuntary. See, Withrow v. Williams, 507 U.S 680, Maryland vs Shatzer, 559 U.S 98 The Gov't can't show, prove by Evidence thus Defendant knowingly, intelligently waived his rights or if he was under the influence of Drugs, Medications becuz FBI Agent never asked if he was but he was under the influence of suboxine at time of questioning, was also under influence of Psychotropic medications both FBI Agent did not ask at time of questioning.

Therefore, thus Defendant respectfully ask thus Honorable Court Dismiss thus illegal, fraudlent case on above facts.

/s/ [signature illegible]

6-17-26