Kaitlin Verdura #025802
Verdura Law Group PLLC
PO Box 45345
Phoenix, AZ 85064
(602) 421-0515 phone
(877) 257-8895 fax
*e-mail: kv@verduralaw.com*

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Roger Dale Godwin,<br>Defendant. | Case No. CR-26-556-1-PHX-MTL<br><br>**MOTION TO WITHDRAW AND APPOINT NEW COUNSEL**<br><br>**(Assigned to the Honorable Judge Michael T. Liburdi)** |

Pursuant to Rule 83.3(b) of the Rules of Practice of the United States District Court for the District of Arizona, Kaitlin S. Verdura, counsel in the above-captioned case, hereby moves for an Order permitting the undersigned to withdraw from further representation of the defendant, Roger Dale Godwin, for the reason that professional considerations require termination of the representation. *See* Ariz. R. S. Ct. 42, E.R. 1.16, comment 3[1]; *see also* Ariz. R. S. Ct. 42, E.R. 3.7, comment 1[2]. Additionally, counsel requests the appointment of substitute counsel under the Criminal Justice Act Panel if the Court determines that Mr. Godwin is still indigent.

[1] The Comment 3 to Ethical Rule 1.16 states, in pertinent part, that: "[t]he court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient." Ariz. R. S. Ct. 42, E.R. 1.16, comment 3.

A trial date in this matter has been scheduled for September 1, 2026, and counsel does not seek to withdraw as attorney of record for Mr. Godwin for the purpose of delay. A Motion to Continue Trial and Extend Pretrial Motions Deadline was filed on August 1, 2026 (Dkt #18). The Court's ruling is still pending. Furthermore, neither the United States Government, nor Mr. Godwin, will be prejudiced by counsel's withdrawal as attorney of record at this stage as counsel undersigned was very recently appointed and discovery was only recently disclosed. Mr. Godwin's Initial Appearance was held on July 6, 2026. Mr. Godwin has been notified of the status of this case, including the dates and times of all court hearings.

Wherefore, counsel undersigned respectfully requests that this Court grant counsel's request to withdraw and appoint new counsel.

RESPECTFULLY SUBMITTED THIS 4th date of August, 2026:

VERDURA LAW GROUP PLLC

*s/Kaitlin S. Verdura*
Kaitlin S. Verdura
Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing August 4, 2026, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Genevieve Ozark
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

By: *s/Kaitlin S. Verdura*