**Walter Ulrich (#022734)**
THE ULRICH LAW FIRM, PLC
One Renaissance Square
2 North Central Avenue
Suite 1949
Phoenix, Arizona 85004
Telephone: (602) 427-4027
Facsimile: (602) 491-1996
walter@ulrichlawfirm.com
Attorneys for Defendant Godwin

THE ULRICH LAW FIRM
ONE RENAISSANCE SQUARE
2 NORTH CENTRAL AVENUE
SUITE 1949
PHOENIX, ARIZONA 85004
(602) 427-4027

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United State of America,<br>Plaintiff,<br>vs.<br>Roger Dale Godwin,<br>Defendants. | Case No. 2:26-cr-00556-MTL<br><br>**SECOND MOTION TO CONTINUE TRIAL AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**<br><br>**(Defendant is in Custody)** |

The Defendant, Roger Godwin, by and through undersigned counsel, respectfully submits the Defendant's motion to continue trial and motion deadlines in this case. Trial is set for December 1, 2026 and motions were due by October 30, 2026. Undersigned counsel apologizes for the delayed filing of this Motion.

The Defense requests a continuance of ninety (60) days of both the trial date and the motions deadline. The Defense requires additional time to review discovery, evaluate the case and prepare effectively for trial. Additionally, the parties remain engaged in settlement negotiations. Accordingly, the Defense requests a continuance of sixty (60) days of both the trial date and the motions deadline.

The Assistant U.S. Attorney assigned to this matter, Gustaf Vanderdonck, does not object to the relief sought in this Motion.

. . .

. . .

Excludable delay under 18 U.S.C. §3161(h)(7)(B)(iv) will occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED this 9th day of November, 2026.

The Ulrich Law Firm, PLC

By: */s/ Walter Ulrich*
Walter Ulrich
*Attorney for Defendant Godwin*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I caused to be filed the foregoing document(s) with the Clerk of the Court. Participants in the case will be served by mail, electronic mail, or by other means permitted by the court rules.

The Ulrich Law Firm, PLC

By: */s/ Walter Ulrich*
Walter Ulrich, Esq.
Attorney for Defendant Godwin

The Ulrich Law Firm
One Renaissance Square
2 North Central Avenue
Suite 1949
Phoenix, Arizona 85004
(602) 427-4027